EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2003

at 11 o'clock and 1 min. A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00463 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. § 1029(a)(3)] |
| ) | |
| TAKASHI SAITO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges:

On or about August 26, 2003, in the District of Hawaii, the Defendant, TAKASHI SAITO, did knowingly and with intent to defraud possess fifteen or more counterfeit and unauthorized access devices, thereby having an effect on interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(3).

DATED: September 18, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Takashi Saito;
Cr. No. _____
"Indictment"